UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASS'N, *et al.*,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>LISA JACKSON, in her official capacity as<br>Administrator, U.S. Environmental Protection<br>Agency, *et al.*<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08-cv-2198(RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

　　　　　WHEREAS, on April 15, 2010, the Court entered a consent decree resolving the claims of Plaintiffs American Nurses Ass'n *et al.* ("Plaintiffs") against Defendant Lisa Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency, *et al.* ("EPA");

　　　　　WHEREAS, Paragraph 4 of the Consent Decree provides that by no later than November 16, 2011, EPA shall sign a notice of final rulemaking setting forth EPA's final emission standards for coal- and oil-fired electric utility steam generating units ("EGUs") pursuant to CAA section 112(d);

　　　　　WHEREAS, the final emission standards required by Paragraph 4 are already 9 years overdue;

　　　　　WHEREAS, the Agency seeks a 30-day extension of the deadline for completing the final emission standards for coal- and oil-fired EGUs to account for EPA's extension of the comment period for 30 days and to allow time for the Agency to complete its responses to the comments

1

raised on the proposed rule;

WHEREAS, Paragraph 6 of the Consent Decree provides that any dates set forth in the Consent Decree may be extended by written agreement of the parties and notice to the court;

WHEREAS, Plaintiffs reserve their right to object to any further extension of the Consent Decree deadline, except as stipulated below;

NOW, THEREFORE, the parties agree as follows:

EPA shall have an extension until December 16, 2011, to sign a notice of final rulemaking setting forth EPA's final emission standards for coal- and oil-fired EGUs pursuant to CAA section 112(d).  No other provisions of the Consent Decree are affected by this Stipulation.

So Agreed:

                                        FOR THE DEFENDANTS:

                                        IGNACIA S. MORENO
                                        Assistant Attorney General
                                        Environment & Natural Resources Division

Dated: October 21, 2011                /s/ Eric G. Hostetler
                                        _____
                                        ERIC G. HOSTETLER
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington, DC 20026-3986
                                        Tel: (202) 305-2326
                                        Fax: (202) 514-8865

Dated: October 21, 2011

FOR THE PLAINTIFFS:

/s/ James S. Pew

/s/ Ann Brewster Weeks

James S. Pew (D.C. Bar No. 448830)
**Counsel of Record for Plaintiffs**
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500 (phone)

Ann Brewster Weeks
(*Pro hac vice*)
Clean Air Task Force
18 Tremont Street
Suite 530
Boston, MA 02108
(617) 624-0234 (phone)

*Counsel for Environmental Defense Fund, Natural Resources Defense Council, and Sierra Club*

*Counsel for Conservation Law Foundation, Environment America, Izaak Walton League of America, Natural Resources Council of Maine, The Ohio Environmental Council, and Waterkeeper Alliance, Inc.*

/s/ John T. Suttles

/s/ John D. Walke

John T. Suttles, Jr. (*Pro hac vice*)
Southern Environmental Law Center
200 West Franklin Street, Suite 330
Chapel Hill, NC 27516
(919) 967-1450

John D. Walke
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
 (202) 289-2406

*Counsel for American Nurses Association and Physicians for Social Responsibility*

*Of Counsel for Natural Resources Defense Council*

/s/ Jon A. Mueller

Of Counsel:

Jon A. Mueller
Chesapeake Bay Foundation, Inc.
6 Herndon Avenue
Annapolis, MD 21403
(410) 268-8816

Kelly Foster
Waterkeeper Alliance, Inc.
P.O. Box 14473
Tulsa, OK  74159
 (405) 834-2118

*Counsel for Chesapeake Bay Foundation, Inc.*